UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Joseph Ruzzo

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

20 Mag 12754

Defendant __Joseph Ruzzo_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Joseph Ruzzo
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Joseph Ruzzo**
Print Defendant's Name

*Ken Womble*
Defendant's Counsel's Signature

**Ken Womble**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-3-20
Date

_____
U.S. District Judge/U.S. Magistrate Judge